# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 19-3186

———————————————

Robert Lee Johnson, Jr.

*Plaintiff - Appellant*

v.

Dexter Payne, Director, ADC; Rory Griffin, Medical Director, ADC; Ronald
Stukey, Doctor, Randall L. Williams Unit (Originally named as Stukey)

*Defendants - Appellees*

Ayman Alshami, Cardiologist, Jefferson Regional Medical Center (Originally
named as Alshami)

*Defendant*

Patti Conley, Health Care Administrator, Randall L. Williams Unit (Originally
named as Conley); Gaylon Lay, Warden, Randall L. Williams Unit

*Defendants - Appellees*

————————

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

————————

Submitted:  April 28, 2020
Filed: May 1, 2020
[Unpublished]

————————

Before BENTON, WOLLMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Arkansas inmate Robert Lee Johnson, Jr. appeals following the district court's[1] adverse grant of summary judgment. Johnson offers no valid basis for reversal, and we find none. See Brewington v. Keener, 902 F.3d 796, 800 (8th Cir. 2018) (reviewing de novo grant of summary judgment, drawing all reasonable inferences, without resorting to speculation, in nonmoving party's favor); see also Giles v. Godinez, 914 F.3d 1040, 1053 (7th Cir. 2019) (court may, in its discretion, appoint expert witness when expert's specialized knowledge will assist court in understanding evidence or deciding facts at issue); Phillips v. Jasper Cty. Jail, 437 F.3d 791, 794 (8th Cir. 2006) (reviewing for abuse of discretion denial of appointment of counsel in civil case; listing criteria). The judgment is affirmed, see 8th Cir. R. 47B, and Johnson's pending motion for appointment of counsel is denied as moot.

_____

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth M. Deere, United States Magistrate Judge for the Eastern District of Arkansas.